UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| WANDA GAIL CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:12-cv-34 |
| v. ) | |
| ) | *Mattice / Lee* |
| WARREN COUNTY SHERIFF'S ) | |
| DEPARTMENT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Defendants' motion to amend [Doc. 31]. Defendants seek leave to file their first amended answer to Plaintiff's complaint. No party filed a timely response in opposition to the motion to amend, and the Court deems the failure to respond to the motion as a waiver of any opposition to the requested relief pursuant to E.D. Tenn. L. R. 7.2.

Accordingly, the motion to amend [Doc. 31] is **GRANTED**. Defendants are **ORDERED** to file their first amended answer **within 14 days** of this order.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE